[No. 4428-1.   Division One.   January 31, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. VALERY ELTON PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73561, Frank D. Howard, J., entered December 29, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3602-1.   Division One.   January 31, 1977.]

LILLIAN COHEN, *Individually and as Executrix, Respondent*, v. IRVING LAWSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 766106, Janice Niemi, J., entered February 4, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Andersen, JJ.

[No. 4486-1.   Division One.   January 31, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE CHARLES DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 74130, Francis E. Holman, J., entered January 26, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4519-1.   Division One.   January 31, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK A. CHARLTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73997, Lloyd W. Bever, J., entered February 24, 1976. *Affirmed* by unpublished per curiam opinion.